UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jonathan Andrew Perfetto</u>

    v.                                            No. 06-fp-307

<u>NH State Prison, Warden, et al.</u>


<u>O R D E R</u>

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.00 is due no later than November 1, 2006. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

This case has been assigned civil number 06-cv-307-SM.

SO ORDERED.

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: October 4, 2006

cc:   Jonathan Andrew Perfetto, *pro se*
      Bonnie S. Reed, Financial Administrator
      New Hampshire State Prison, Inmate Accounts