UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jonathan Andrew Perfetto

    v.                                              06-cv-307-SM

New Hampshire State Prison, Warden, et al.

## ORDER

After due consideration of the plaintiff's letter filed on March 6, 2007, which the court has construed as a motion to clarify and amend the complaint, as well as corrections to the Report and Recommendation of Magistrate Judge Muirhead dated February 23, 2007 (doc. no. 28), I herewith approve the Reports and Recommendations of Magistrate Judge Muirhead dated February 23, 2007 and March 22, 2007, for the reasons set forth therein.

SO ORDERED.

June 20, 2007

                                                    Steven J. McAuliffe
                                                  Chief Judge

cc:    Jonathan Perfetto, pro se
        Anthony Blenkinsop, Esq.