## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Jonathan Andrew Perfetto</u>

    v.                                                                  Civil No. 06-cv-307-SM

<u>NH State Prison, Warden, et al.</u>

### **O R D E R**

Plaintiff seeks to compel production of documents.  he has not complied with his duty to seek consent (U.S. Dist. Ct. Rules D.N.H. L.R. ("L.R.") 7.1(c)) nor the requirement to set forth verbatim each request and response (L.R. 37.1(a)).

Nevertheless, there is sufficient information in this motion and objection to permit ruling.

    1.   <u>P.P.D. 5.81</u>.  Plaintiff has not shown a need which overrides the objection of the needs of safety and security.

    2.   <u>Incident Reports</u>.  Defendant is providing redacted copies.  The memorandum and pre-trial report are confidential.

    3.   <u>Staff Logs</u>.  Defendant has produced what it could find.

    4.   <u>Officers' Personnel Information</u>.  Plaintiff has not shown the relevance of the information.

The motion (Document no. 62) is denied.

**SO ORDERED.**

                                    _/s/ James R. Muirhead_
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: September 6, 2007

cc:   Jonathan Andrew Perfetto, pro se
      Anthony I. Blenkinsop, Esq.