UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jonathan Perfetto</u>

    v.                      Case No. 06-cv-307-SM

<u>NH State Prison, et al.</u>

<u>ORDER</u>

Re: Document No. 7, Motion for Immediate Attention

Ruling: It appears that the plaintiff's "motion for immediate relief" (document no. 7) has not been specifically ruled on, but the subject matter has been addressed, albeit indirectly, in previous reports and orders. In any event, the motion does not describe facts which would warrant the relief requested (i.e. court-ordered alteration of his secure housing unit custody status) and is otherwise moot at this point. The motion is denied, but without prejudice to refiling if different conditions warranting relief currently obtain.

Steven J. McAuliffe
Chief Judge

Date: September 11, 2007

cc: Andrew Perfetto, pro se
    Anthony Blenkinsop, Esq.